FILED 2022 AUG 16 PM 12:50
**** CLERK, US COURT, INNB ****

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

In re: BRUCE LLOYD OUTLAW, SR

Case No. 16-20139-jra

WILLIE T. DONALD

v.

BRUCE LLOYD OUTLAW, SR.

Adv. Proceeding No. 18-02061-JRA

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* IN AN ADVERSARY PROCEEDING ON BEHALF OF**

WILLIE T. DONALD

Party(s) Represented

Pursuant to Northern District of Indiana Local Bankruptcy Rule B-9010-1, the undersigned hereby applies for permission to appear in this proceeding, *pro hac vice*, and in support thereof provides the court with the following information.

Prefix (*check one*) [X] Mr.  [ ] Ms.  [ ] Mrs.

Last Name: LOEVY
First Name: JON
Middle Initial: 

Generation (Sr., Jr., *etc*): 

Firm Name: LOEVY & LOEVY

Street Address: 311 N. ABERDEEN
Suite/Room No.: 3RD FL

City: CHICAGO
State: IL
Zip + 4: 60607

Office Telephone No.: 312-243-5900
Fax No.: 312-243-5902

E-Mail Address: JON@LOEVY.COM

Currently Admitted to Practice Before: (check all that apply)

[X] U.S. Supreme Court   [X] 7th Circuit Court of Appeals   [ ] Indiana Supreme Court   [X] Other

List All Jurisdictions and Bar ID nos.
IL BAR ID 6218254

See attached for further jurisdictions

**EDUCATION:**

College: University of Michigan    Degree: B.A.    Year Completed: 1990

Law School: Columbia Law School, New York    Year Graduated: 1993

Other Post-Graduate Schooling: 

Have you ever been subjected to public discipline by any court of the United States or the District of Columbia or by a court of any State, Territory, commonwealth, or possession of the United States?

☐ Yes (*If yes, please attach an explanation.*)    ☒ No

Applicant: I, Jon Loevy, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States Bankruptcy Court for the Northern District of Indiana and the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 8/15/2022

_____
Signature of Applicant

**Jon Loevy Admissions**

Supreme Court of Illinois – Admitted 9/9/1994 (Bar ID 6218254)

Supreme Court of the United States – Admitted June 18, 2012

United States District Court for the Northern District of Illinois – Admitted 5/23/1996

United States District Court for the Southern District of Illinois – Admitted 3/11/2008

United States District Court for the Central District of Illinois – Admitted 1/11/2001

United States District Court for the Northern District of Indiana – Admitted 10/30/2007

United States District Court for the Southern District of Indiana – Admitted 12/10/2013

United States District Court for the Eastern District of Wisconsin – Admitted 9/10/2009

United States District Court for the Western District of Wisconsin – Admitted 2/18/2022

United States District Court for the Northern District of Ohio – Admitted 9/9/2010

United States District Court for the Eastern District of Michigan – Admitted 2/12/2016

United States District Court for the Western District of Michigan – Admitted 2/16/2016

United States District Court for the District of Nebraska – Admitted 1/19/2016

United State Court of Appeals, 4th Circuit – Admitted 4/18/2018

United State Court of Appeals, 5th Circuit – Admitted 8/18/2009

United State Court of Appeals, 6th Circuit – Admitted 10/31/2008

United State Court of Appeals, 7th Circuit – Admitted 9/10/1999

United State Court of Appeals, 9th Circuit – Admitted 2017