## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| *In re* Bruce Lloyd Outlaw, Sr. | ) | Case No. 16-20139-jra |
| | ) | |
| Willie T. Donald | ) | |
| | ) | Adv. Proceeding No. |
| v. | ) | 18-02061-JRA |
| | ) | |
| Bruce Lloyd Outlaw, Sr. | ) | |

**PLAINTIFF WILLIE T. DONALD'S MOTION TO CONTINUE HEARING**

Plaintiff Willie T. Donald, by his undersigned counsel, pursuant to this Court's order (Dkt. 25) respectfully submits this Motion to Continue Hearing, stating in support as follows:

1.  This matter was scheduled for a hearing on February 15, 2023.

2.  At issue in these proceedings is whether Plaintiff Donald's legal claims against Defendant-Debtor Outlaw may be discharged in connection with Defendant-Debtor Outlaw's bankruptcy proceedings. Donald's legal claims against Outlaw arise from Outlaw's alleged willful, intentional and malicious misconduct in violating Donald's rights under the U.S. Constitution and Indiana law in securing Donald's wrongful conviction for a crime he did not commit.

3.  Donald's legal claims against Outlaw remain pending in the U.S. District Court for the Northern District of Indiana, case no. 2:17-cv-00032-TLS-JPK. The status of those claims is that Defendants (including Outlaw) have moved for summary judgment, those motions are fully briefed as of December 9, 2022, and the parties are awaiting a ruling from the District Court on summary judgment.

4.  Plaintiff's undersigned counsel is at present the only counsel from Plaintiff's counsel's law firm with an appearance on file in this bankruptcy matter. Another attorney from

Plaintiff's counsel's law firm, Sam Heppell, has an appearance in and is familiar with the status of Plaintiff's civil rights case. However, Mr. Heppell has not yet been admitted to practice in the U.S. Bankruptcy Court for the Northern District of Indiana, and does not yet have an appearance filed in this case.

5. Plaintiff's undersigned counsel had significant competing professional obligations on February 15, 2023 related to motion *in limine* filings in the matter of *Hood v. City of Chicago*, 16-cv-01970 (N.D. Ill.). Plaintiff's undersigned counsel mistakenly believed, based on Mr. Heppell's familiarity with Mr. Donald's civil rights case, and the fact that there were no substantive updates to report to this Court with regard to the status of those pending claims, that it would be acceptable to have Mr. Heppell cover the February 15 hearing in this Court and report that status update on behalf of Plaintiff.

6. Plaintiff's counsel apologizes to the Court for that mistake, which has necessitated this Motion to Continue Hearing.

7. Mr. Heppell is preparing an application for admission *pro hac vice* to this Court, and will file an appearance in this case on behalf of Plaintiff as soon as possible to ensure that this issue does not arise in the future.

8. In light of the foregoing, Plaintiff respectfully requests that the Court continue the hearing previously scheduled for February 15, 2023, and re-set it for a future date.

                                                    Respectfully submitted,
                                                    WILLIE T. DONALD

                                        By:    /s/ Jon Loevy
                                                     One of Plaintiff's Attorneys

Jon Loevy
Sam Heppell (*pro hac vice* motion forthcoming)
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
jon@loevy.com

## **CERTIFICATE OF SERVICE**

    I, Jon Loevy, an attorney, hereby certify that on February 17, 2023, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                /s/ Jon Loevy