**UNITED STATES BANKRUPTCY COURT**
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In re: Bruce Lloyd Outlaw, Sr. ) | |
|    Debtor ) | Case No. 16-20139-jra |
| ) | |
| Willie T. Donald, ) | |
|    Plaintiff ) | Adv. Proc. No. 18-02061-jra |
| -vs.- ) | |
| ) | |
| Bruce Lloyd Outlaw, Sr. ) | |
|    Defendant. ) | |

## DEFENDANT'S MOTION TO RESET PRETRIAL CONFERENCE

NOW COMES the Debtor/Defendant, Bruce Lloyd Outlaw, Sr., by counsel, Minh C. Wai of Kopka Pinkus Dolin, P.C., and hereby moves this Honorable Court to Reset the Pretrial Conference of February 15, 2023. In support hereof, Debtor/Defendant alleges and states as follows:

1. This matter was set for a pretrial conference on February 15, 2023 at 9:15 a.m. via telephone.

2. At approximately 8:30 a.m. that morning the undersigned counsel's wife began experiencing abdominal pains.

3. At approximately 9:00 a.m. counsel's wife collapsed and an ambulance was called. Counsel's wife was transported by ambulance to Franciscan St. Anthony Hospital in Crown Point, Indiana and admitted to the emergency room.

4. Undersigned counsel requested that his assistant Eva Simenauer contact the Court to apologize and advise accordingly.

5. Had the Pretrial Conference proceeded as scheduled, counsel would have advised the Court that motions for summary judgment have been filed in the civil case of Donald v. Outlaw, et al., case number 2:17-cv-32-TLS-JPK, and the parties are awaiting disposition of those motions.

6. The undersigned counsel respectfully requests that the Pretrial Conference of February 15, 2023 be rescheduled to a date convenient to this Court and the parties. Counsel suggests a date in six (6) months to allow the district court to rule on such motions.

WHEREFORE, the Debtor/Defendant respectfully requests this court continue the Pretrial Conference to a date and time mutually convenient for the Court and the parties, and for any and all just and equitable relief as this Court deems appropriate.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of February 2023, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record vis the Court's ECF system and/or via email.

Jon Loevy
Sam Heppell
Steve Art
Arthur Loevy
Elizabeth Wang
Loevy & Loevy
311 N. Aberdeen Street 3rd Floor
Chicago, IL  60607
*Attorneys for Plaintiff*
jon@loevy.com
sam@loevy.com
Steve@loevy.com
arthur@loevy.com
Elizabethw@loevy.com

*/s/ Minh C. Wai*