IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| BRUCE LLOYD OUTLAW, SR., ) | | Case No. 16-20139-jra |
| ) | | |
| Debtor, ) | | Chapter: 13 |
| ) | | |
| WILLIE T. DONALD, ) | | |
| ) | | |
| Plaintiff, ) | | Judge James R. Ahler |
| ) | | |
| v. ) | | |
| ) | | Adv. Proc. No. 18-02061-jra |
| BRUCE LLOYD OUTLAW, SR., ) | | |
| ) | | |
| Defendant. ) | | |

**ORDER**

Plaintiff WILLIE T. DONALD, by his attorneys, LOEVY & LOEVY, having filed herein Attorney Sam Heppell's Motion for Admission to Practice *Pro Hac Vice* in an Adversary Proceeding on Behalf of Willie T. Donald, with the Court having reviewed the same and being duly advised in the premises, hereby orders Attorney Sam Heppell to be admitted *pro hac vice* in the adversary proceeding in the above-captioned matter.

Dated: _____           _____