United States Bankruptcy Court

Northern District of Indiana

Donald,
    Plaintiff

Outlaw, Sr.,
    Defendant

Adv. Proc. No. 18-02061-jra

# CERTIFICATE OF NOTICE

| District/off: 0755-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + D. Samuel Heppell, Loevy & Loevy, 311 N. Aberdeen, Chicago, IL 60607-1249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jon Loevy | on behalf of Plaintiff Willie T. Donald jon@loevy.com melinda@loevy.com |
| Jon Loevy | jon@loevy.com melinda@loevy.com |
| Minh C. Wai | on behalf of Defendant Bruce Lloyd Outlaw Sr. mcwai@kopkalaw.com, tlkain@kopkalaw.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Ricardo A. Hall | on behalf of Defendant Bruce Lloyd Outlaw Sr. Rahall@kopkalaw.com, lkclinton@kopkalaw.com |
| Scott Drury | |

District/off: 0755-2                           User: admin                              Page 2 of 2
Date Rcvd: Mar 01, 2023                        Form ID: pdf004                          Total Noticed: 1

on behalf of Plaintiff Willie T. Donald scott@drurylegal.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| BRUCE LLOYD OUTLAW, SR., ) | | Case No. 16-20139-jra |
| ) | | |
| Debtor, ) | | Chapter: 13 |
| ) | | |
| WILLIE T. DONALD, ) | | |
| ) | | |
| Plaintiff, ) | | Judge James R. Ahler |
| ) | | |
| v. ) | | |
| ) | | Adv. Proc. No. 18-02061-jra |
| BRUCE LLOYD OUTLAW, SR., ) | | |
| ) | | |
| Defendant. ) | | |

**ORDER**

Plaintiff WILLIE T. DONALD, by his attorneys, LOEVY & LOEVY, having filed herein Attorney Sam Heppell's Motion for Admission to Practice *Pro Hac Vice* in an Adversary Proceeding on Behalf of Willie T. Donald, with the Court having reviewed the same and being duly advised in the premises, hereby orders Attorney Sam Heppell to be admitted *pro hac vice* in the adversary proceeding in the above-captioned matter.

Dated: March 1, 2023

_James R. Ahler_ C0102
Chief Judge, U.S. Bankruptcy Court