## UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Bruce Lloyd Outlaw, Sr.<br>Debtor | )<br>)<br>) Case No.: 16–20139–jra<br>) Chapter 13 |
| Willie T. Donald | )<br>) |
| Plaintiff(s) | )<br>) |
| v. | )<br>) |
| Bruce Lloyd Outlaw Sr. | )<br>)<br>) |
| Defendant(s) | ) Adv. Proc. No. 18–02061–jra |

## NOTICE OF DOCKET ENTRY

On February 11, 2026 , the following entry was made on the docket in this case :

Docket Entry: Hearing held February 11, 2026 (related document(s)1 Complaint filed by Plaintiff Willie T. Donald, 8 Answer to Complaint filed by Defendant Bruce Lloyd Outlaw). APPEARANCES: Attorney Wai for Defendant and Attorney Rolins for Plaintiff. The parties advise a resolution has been reached resolving this adversary proceeding and parties shall file a stipulation of dismissal by no later than February 20, 2026. SO ORDERED. (tdm)

Amber E. Craig
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 50 – 1, 8
