# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–2 | User: admin | Date Created: 2/11/2026 |
| Case: 18–02061–jra | Form ID: 295 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla   Willie T. Donald

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft   Bruce Lloyd Outlaw, Sr.   6281 Chase Street   Merrillville, IN 46410

TOTAL: 1