United States Bankruptcy Court

Northern District of Indiana

Donald,

    Plaintiff

Outlaw, Sr.,

    Defendant

Adv. Proc. No. 18-02061-jra

# CERTIFICATE OF NOTICE

| District/off: 0755-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Sam Heppell, University of Chicago Law School Edwin F, 1111 E. 60th Street, 60637, Chicago, IL 60637-2786 |
| aty | + Scott Drury, Drury Legal, LLC, 6 Carriage Lane, Highwood, IL 60040-2013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jon Loevy | on behalf of Plaintiff Willie T. Donald jon@loevy.com  melinda@loevy.com |
| Jon Loevy | jon@loevy.com  melinda@loevy.com |
| Minh C. Wai | on behalf of Defendant Bruce Lloyd Outlaw  Sr. minh.wai@qpwblaw.com, tlkain@kopkalaw.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Ricardo A. Hall | on behalf of Defendant Bruce Lloyd Outlaw  Sr. ricardo.hall@qpwblaw.com, lkclinton@kopkalaw.com |

District/off: 0755-2                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 25, 2026                        Form ID: pdf004                                 Total Noticed: 2

Wallace Hilke
                    on behalf of Plaintiff Willie T. Donald wally.hilke@law.northwestern.edu


TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: Bruce Lloyd Outlaw, Sr. | ) | Case No.: 16−20139−jra |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Willie T. Donald | ) | |
| | ) | |
| Plaintiff | ) | Adv. Proc. No. 18−02061−jra |
| | ) | |
| v. | ) | |
| | ) | |
| Bruce Lloyd Outlaw Sr. | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

The parties, by and through their counsel, hereby agree and stipulate to the following:

1.  The parties have reached an agreement in this matter.

2.  Plaintiff therefore seeks to dismiss this action with prejudice.

3.  Each party to bear its own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Respectfully submitted,

/s/Jon Loevy

*Attorney for Willie T. Donald*

Jon Loevy
Quinn K. Rallins
LOEVY + LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
rallins@loevy.com

By:    /s/ Minh C. Wai
       Attorney for Bruce Outlaw

       Minh C. Wai
       Quintairos, Prieto, Wood & Boyer, P.A.
       9111 Broadway Suite RR #2
       Merrillville, IN 46410
       Ph: (219) 387-0090 ext. 4841
       Fax: (219) 387-0091
       minh.wai@qpwblaw.com

Approved and so ordered:

JS103

James R. Ahler, Judge
United States Bankruptcy Court

Date: March 24, 2024